UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS P. SALDANA, | § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-179 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jesus P. Saldana filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Petition, Doc. 1)

On November 5, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 2) concluding that the Petition should be dismissed without prejudice for lack of jurisdiction. No party filed any objections to the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Petitioner Jesus P. Saldana's Petition for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Court denies a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

SIGNED this 18th day of December, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge